**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD SANCHEZ, ET AL., <br><br> PLAINTIFF(S) <br> v. <br> COUNTY OF SAN BERNARDINO, ET AL., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV 10-09384-MMM(OPx) <br><br> **JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)** |

    This action came on for jury trial, the Honorable MARGARET M. MORROW District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

    IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Donald Sanchez, Sr.

recover of the defendant(s):

Sergeant Casey Jiles

the sum of _____, with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of $200,000.00.

                                                    Clerk, U. S. District Court

Dated: 10/30/2013                             By ANEL HUERTA
                                                          Deputy Clerk

At: _____

cc: *Counsel of record*